IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WANE EDGAR                                                                                       PLAINTIFF

v.                                             NO: 3:07CV00001 JLH

DAN LANGSTON *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects except that dismissal will be without prejudice so that the dismissal in this case will not bar plaintiff from continuing to litigate the claims that he has asserted in Case No. 3:06CV00148 JTR.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2.   This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.   The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE