## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JEREMY WANE EDGAR                                                                    PLAINTIFF

v.                                        NO: 3:07CV00001 JLH

DAN LANGSTON *et al.*                                                              DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE